No. 11–6227. HAMPTON *v.* J. W. SQUIRE CO., INC. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 28, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11–443. IN RE JOHNSON;
No. 11–6758. IN RE PORRAS;

No. 11–6807. IN RE SCOTT;
No. 11–6889. IN RE SINGH; and
No. 11–6917. IN RE WALKER. Petitions for writs of habeas corpus denied.